UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---

| | |
|---|---|
| DESEAN BERRY a/k/a SEAN BERRY, Individually and on Behalf of All Other Persons Similarly Situated, | : |
| Plaintiff, | : |
| -against- | : Civil Action File No. 1:16-cv-02591-RWS |
| HOOTERS OF AMERICA, LLC, HOA SYSTEMS, LLC. and HI LIMITED PARTNERSHIP, | : |
| Defendants. | : |

---

### [~~PROPOSED~~] ORDER

This case is before the Court for consideration of the Joint Motion for Stipulated Judgment Approving FLSA Settlement Agreement [Doc. 30]. After reviewing the record and the joint submission of the parties, the Court enters the following Order.

"When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The settlement

and release is enforceable "only if the district court enter[s] a 'stipulated judgment' approving it." *Nall v. Mal-Motels, Inc.*, 723 F.3d 1304, 1308 (11th Cir. 2013). Having reviewed the FLSA Settlement Agreement and Mutual Release (the "Agreement") [Doc. 30-1] executed by the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arm's length and is not the result of any collusion.

The Court has also reviewed the unopposed request for approval of attorney's fees and costs in the amount stated in the Agreement and finds that the attorneys' fees and costs provided in the Agreement are reasonable.

Therefore, the Joint Motion for Stipulated Judgment Approving FLSA Settlement Agreement is hereby **GRANTED**, and the Court hereby enters this stipulated **JUDGMENT** approving the settlement Agreement between the parties and **ORDERS** that this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this 29th day of November, 2016.

RICHARD W. STORY
United States District Judge